Matter of Sullivan v Uber Tech. Inc. (2024 NY Slip Op 04935)

Matter of Sullivan v Uber Tech. Inc.

2024 NY Slip Op 04935

Decided on October 08, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 08, 2024

Before: Manzanet-Daniels, J.P., Singh, Mendez, Rosado, O'Neill Levy, JJ. 

Index No. 653207/22 Appeal No. 2747 Case No. 2023-05229 

[*1]In the Matter of Carrie Sullivan, Petitioner-Respondent, Abigail McCann, Petitioner,
v
Uber Technologies Inc., et al., Respondents-Appellants.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Lynn R. Kotler, J.), entered on or about August 21, 2023,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated September 26, 2024,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: October 8, 2024